IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

DONNA LEIGH SKAGGS,                         *

       Plaintiff,                                 *

v.                                                        Case No.  7:21-CV-61(TQL)
                                                                 *

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.                              *

                                                                 *

## **J U D G M E N T**

Pursuant to this Court's Order dated September 15, 2022, and for the reasons stated therein, the Commissioner's decision is AFFIRMED.

JUDGMENT is hereby entered in favor of Defendant.

This 15th day of September, 2022.

.

                                                   David W. Bunt, Clerk

                                                   s/ Kathleen S. Logsdon, Deputy Clerk